**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**In re: CAROLYN MARIE FIELDS**
    **Debtor,**                                         Case #:     3:09-BK-31294-DOT
                                                   Chapter     13


**CAROLYN MARIE FIELDS**                                AP No: 3:09-AP-03131-DOT
    **PLAINTIFF,**

**v.**

**ANESTHESIA ASSOCIATES OF RICHMOND, INC. DBA TOTAL ANESTHESIA**
**SCHETTINE & NGUYEN, PLC**
**UNKNOWN PERSONS OF INTEREST OF TOTAL ANESTHESIA "DOES A-Z"**
**UNKNOWN PERSONS OF INTEREST OF SCHETTINE & NGUYEN, PLC "DOES A-Z"**
    **DEFENDANTS.**

**STIPULATION AND ORDER**

Upon agreement of counsel, it is hereby STIPULATED AND ORDERED pursuant to FRBP 7041 and FRCP 41(a)(1)(ii) that this matter is DISMISSED WITH PREJUDICE AS TO ALL PARTIES, except that the court retains jurisdiction to enforce the terms of the settlement agreement entered into by the parties.  Each party shall bear its own attorney fees and costs.


    Entered:                               _____
                                           Douglas O. Tice, Jr.
                                           Chief Judge, US Bankruptcy Court, Eastern District of Virginia
                                           Richmond Division

Jason M. Krumbein, Esq. VSBN43538 jason@krumbein.com
Mitchell P. Goldstein, Esq. VSBN 40613 mgoldstein@krumbein.com
Elizabeth F. Egan, Esq. VSBN 44849 lawliz@krumbein.com         Page 1
Counsel for the Plaintiff
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
804-673-4358 office
804-673-4350 fax

We ask for this:

  /s/ Mitchell P. Goldstein, Esq.
Mitchell P. Goldstein, Esq.
Jason M. Krumbein, Esq.
Counsel for Carolyn Fields


  /s/ Andrew Biondi, Esq.
Andrew Biondi, Esq.
Counsel for Schettine & Nguyen, PLC


  /s/ W. Alexander Burnett, Esq.
W. Alexander Burnett, Esq.
Counsel for Anesthesia Associates of Richmond DBA Total Anesthesia


**CERTIFICATION PURSUANT TO LBR 9022-1**

I certify that all necessary parties have endorsed the foregoing order.

/s/ Mitchell P. Goldstein, Esq.
Mitchell P. Goldstein, Esq.
Jason M. Krumbein, Esq.

Jason M. Krumbein, Esq. VSBN43538 jason@krumbein.com
Mitchell P. Goldstein, Esq. VSBN 40613 mgoldstein@krumbein.com
Elizabeth F. Egan, Esq. VSBN 44849 lawliz@krumbein.com          Page 2
Counsel for the Plaintiff
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
804-673-4358 office
804-673-4350 fax

SERVICE LIST

BY ECF:
Jason M. Krumbein, Esq.
Mitchell P. Goldstein, Esq.
Andrew Biondi, Esq.
W. Alexander Burnett, Esq.

Jason M. Krumbein, Esq. VSBN43538 jason@krumbein.com
Mitchell P. Goldstein, Esq. VSBN 40613 mgoldstein@krumbein.com
Elizabeth F. Egan, Esq. VSBN 44849 lawliz@krumbein.com          Page 3
Counsel for the Plaintiff
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
804-673-4358 office
804-673-4350 fax